# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __24-13931__

__Abdul Crawford__ vs. __North American Credit Services, Inc.__

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

|  | Repro. Method (Mark One) In-House | Repro. Method (Mark One) Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — | — | — | — | — |  |  |
| Appellant's Brief |  |  |  |  |  |  |  |
| Appendix |  |  |  |  |  |  |  |
| Appellee's Brief |  | X | 52 | 208 | 4 | 229.20 |  |
| Reply Brief |  |  |  |  |  |  |  |
| Filing (Appellee's Brief) |  | X |  |  |  | 80.00 |  |
| Shipping (Appellee's Brief) |  | X |  |  |  | 112.00 |  |
| *Note: If reproduction was done commercially, receipt(s) must be attached. |  |  |  |  | TOTAL | $ 421.20 REQUESTED | $ ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: _(signed)_  Date Signed: July 8, 2025

Attorney Name: Thomas J. Patti, Esq. (Type or print your name)

Attorney for: Abdul Crawford (Type or print name of client)

E-mail: tom@pzlg.legal

Phone: (561) 542-8550

Street Address/City/State/Zip: 110 SE 6th Street, 17th Floor, Ft. Lauderdale, FL 33301

---

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ _____ against _____

and are payable directly to _____

David J. Smith, Clerk of Court

Issued on: _____  By: _____  DATE: _____
Deputy Clerk

BOC Rev.: 6/17

# **Invoice**

**Counsel Press Inc.**
PO Box 65019
Baltimore, Maryland 21264-5019

Phone: (800) 427-7325

Invoice Number: 0009177991
Date: 04/01/2025
Fed. Tax ID: 47-3380949
Terms: ON RECEIPT

**Sold To**

Patti Zazaleta Law Group
3325 NW 55th Street
Fort Lauderdale, FL 33309   USA

| Attention: | Thomas J. Patti, III, Esq. | File No.: | 812297 |
| | | Court: | USCOA - 11TH |
| | | Case Name: | Abdul Crawford v. North American Credit |

| | | | | Amount |
|---|---|---|---|---|
| | APPELLEE'S BRIEF | | | |
| 4.00 | Cover(s) - 1st Side | @ | $10.00 | $40.00 |
| 204.00 | Page(s) | @ | $0.80 | $163.20 |
| 4.00 | Volumes Spiral Bound | @ | $6.50 | $26.00 |
| 1.00 | Filing of Documents | @ | $80.00 | $80.00 |
| 1.00 | Shipping & Handling | @ | $112.00 | $112.00 |

12-RH
04/08/2025 18:31 PM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $421.20 |
| Sales Tax | $0.00 |
| | $0.00 |
| Payment/Credit | $0.00 |
| **Balance** | **$421.20** |

Page 1 of 1